# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXINE SOLOMON,<br><br>    Plaintiff,<br><br>    v.<br><br>TORRES, et al.,<br><br>    Defendants. | Case No.: 1:18-cv-00615-BAM (PC)<br><br>ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(ECF No. 7) |

Plaintiff Maxine Solomon ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil action pursuant to 42 U.S.C. § 1983. On June 7, 2018, the Court granted Plaintiff's application to proceed *in forma pauperis* in this action pursuant to 28 U.S.C. § 1915. (ECF No. 6.) On June 13, 2018, Plaintiff filed another motion to proceed *in forma pauperis*, which apparently crossed in the mail with the Court's order.

Plaintiff has already been granted leave to proceed *in forma pauperis* in this action, and no further applications are needed. Accordingly, Plaintiff's June 13, 2018 motion to proceed *in forma pauperis*, (ECF No. 7), is DENIED as moot.

IT IS SO ORDERED.

Dated: **June 15, 2018**            /s/ *Barbara A. McAuliffe*
                          UNITED STATES MAGISTRATE JUDGE

1