Plaintiff's Name **SOLOMON, MAXINE**

Inmate No. **X-31944**

Address **P.O. Box 1508 (511-11-3L)**
**CHOWCHILLA, CALIFORNIA**
**93610**

**FILED**

MAR 12 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAXINE SOLOMON** | **1:18-CV-00615-BAM (PC)** |
| (Name of Plaintiff) | (Case Number) |
| vs. | 2nd AMENDED CIVIL RIGHTS COMPLAINT UNDER: |
| **S. TORRES, et al** | ☒ 42 U.S.C. 1983 (State Prisoner) |
| | ☐ **Bivens** Action [403 U.S. 388 (1971)] (Federal Prisoner) |
| (Names of all Defendants) | |

**RECEIVED**

MAR 12 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____DEPUTY CLERK

**I. Previous Lawsuits** (list all other previous or pending lawsuits on additional page):

A. Have you brought any other lawsuits while a prisoner? Yes ____ No ✓

B. If your answer to A is yes, how many? _____

Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.)

1. Parties to this previous lawsuit:

   Plaintiff _____

   Defendants _____

   _____

2. Court (if Federal Court, give name of District; if State Court, give name of County)

   _____

3. Docket Number _____   4. Assigned Judge _____

5. Disposition (Was the case dismissed? Appealed? Is it still pending?)

   _____

6. Filing Date (approx.) _____    7. Disposition Date (approx.) _____

## II. Exhaustion of Administrative Remedies

**NOTICE:** Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). Prior to filing suit, inmates are <u>required</u> to exhaust the available administrative remedy process, *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, *Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002). If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. *Jones*, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

A. Is there an inmate appeal or administrative remedy process available at your institution?

Yes ✓   No ____

B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes ✓   No ____

C. Is the process completed?

Yes ✓   If your answer is yes, briefly explain what happened at each level.

Denied at first and second level

No ____   If your answer is no, explain why not.

## III. Defendants

List each defendant's full name, official position, and place of employment and address in the spaces below. If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

A. Name  S. TORRES   is employed as  Correctional officer

Current Address/Place of Employment  CENTRAL CALIFORNIA WOMEN'S FACILITY

B. Name _____ is employed as _____

Current Address/Place of Employment _____

C. Name _____ is employed as _____

Current Address/Place of Employment _____

D. Name _____ is employed as _____

Current Address/Place of Employment _____

E. Name _____ is employed as _____

Current Address/Place of Employment _____

**IV. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

**Claim 1:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

Violation of the Fourteenth Amendment

Supporting Facts (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 1.):

On July 22, 2017 correctional guard S. Torres filed a false rules violation against me for no reason other than he dislikes gays and transgenders. He took his time and carefully wrote and filed a false report against me knowing that I would receive more time in prison, just because I am a homo-sexual, doesn't mean I should be punished. Torres has a reputation for his strong dislike towards transgenders and homo-sexuals. But I feel that he did violate the Fourteenth Amendment, because he had no valid reason for filing the

false report. And I still have evidence of a 7 minute and 20 second conversation that he had with inmate Moore, and he admitted that he had never even had a conversation with me, but in his write-up he claimed that he did. He also admitted on tape that he really didn't know what I even looked liked. His hatred towards homo-sexuals is out of control, who knows how many lives he's affected with false charges and accusations. I don't deserve to be treated as less than a human, because he doesn't agree with my life style. It's not only unfair to me, but it's unfair to every other transgender and homo-sexual out there. S. Torres has no respect. On July 22, 2017 he wrote the false report against me in order to hurt me, mentally. He stated that he told me to move to another cell and I refused, that never happened. The reason he lied about that particular rules violation is because he knew that CDCR takes that violation serious and an inmate can get up to 6 month's added on to his/her sentence.

**Claim 2:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

Freedom of association

**Supporting Facts** (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 2.):

## V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I would like the court to award Plaintiff in punitive damages for the misconduct

I declare under penalty of perjury that the foregoing is true and correct.

Date: 3/8/19     Signature of Plaintiff: [signature]

(Revised 4/4/14)